**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert ALLEN, Defendant–Appellant.**

**No. 08–17089**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 16, 2010.

W. Vincent Settle, III, Thomas & Settle, Waycross, for Appellant.

James C. Stuchell, U.S. Attorney's Office, Savannah, for Appellee.

Before HULL, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

W. Vincent Settle, III, appointed counsel for Robert Allen, in this direct criminal appeal, has moved to withdraw from further representation of the appellant because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our

independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Allen's conviction and sentence are **AFFIRMED.**